# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **ANTOINETTE GROSE,** | ) | Case No. 1:06CV2720 |
| | ) | |
| Plaintiff, | ) | **JUDGE SARA LIOI** |
| | ) | |
| v. | ) | |
| | ) | **JUDGEMENT ENTRY** |
| **MANSFIELD CORRECTIONAL** | ) | |
| **INSTITUTION, ET AL.,** | ) | |
| | ) | |
| Defendants. | ) | |

For the reasons set forth in the Memorandum Opinions filed contemporaneously with this Judgment Entry (Docket Nos. 30 and 31), it is hereby **ORDERED**, **ADJUDGED** and **DECREED** that defendant Bradshaw's motion to dismiss (Docket No. 21) is **GRANTED**. Defendant Bradshaw is hereby **DISMISSED** from this action without prejudice, and Count II of the Amended Complaint is **DISMISSED** without prejudice. Additionally, the motion of defendants ManCI and Tobin for judgment on the pleadings (Docket No. 5) is **GRANTED** in part. Count IV of the Amended Complaint is **DISMISSED** with prejudice. The Motion of DAS to dismiss (Docket No. 17) is **DENIED** as moot.

       **IT IS SO ORDERED.**

Dated: September 24, 2007

          *s/ Sara Lioi*
          Hon. Sara Lioi
          United States District Judge